# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>Defendant. | Case No. EDCV 07-1511-JWJ<br><br>JUDGMENT |

**IT IS ADJUDGED** that Judgment be entered that the decision of the Administrative Law Judge is affirmed.

DATED: March 31, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge